UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JACLYN DIMAGGIO,

                                                JUDGMENT
        Plaintiff,                      19-CV-3161 (PKC) (SMG)

      v.

FINNS M'S REST LLC, et al.,

        Defendants.
---------------------------------------------------------------X

       An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on October 2, 2019, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated September 13, 2019, dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b); it is

       ORDERED and ADJUDGED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Dated: Brooklyn, New York                              Douglas C. Palmer
       October 3, 2019                                  Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                          Deputy Clerk